UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARL WEISER,

          Plaintiff,

-vs-                                              Case No. 6:05-cv-325-JA-DAB

TRAPPER JOHN ANIMAL CONTROL,
INC. and ROBERT DONOFRIO,

          Defendants.
_____

## ORDER

This case is before the Court on Motion of Defendant, Robert Donofrio, to Dismiss Count III of the Complaint (Doc. 14). Plaintiff has filed a response to the Motion to Dismiss, and has also requested leave of court to amend the Complaint (Doc. 22).

It is **ORDERED** that the Motion of Defendant, Robert Donofrio, to Dismiss Count III of the Complaint is **GRANTED** without prejudice. Count III of the Complaint remains pending against Defendant Trapper John Animal Control, Inc.

It is further **ORDERED** that Plaintiff shall have twenty (20) days from the date of this Order to file and serve an Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25___ day of May, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record